UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 16-62021-JRS |
| | ) | |
| QUINN BOUVIER BRATTON SR. | ) | CHAPTER 13 |
| | ) | |
| Debtor. | ) | |

## POST CONFIRMATION MODIFICATION OF PLAN
## AND REQUEST FOR APPROVAL

Debtors propose to modify the confirmed Chapter 13 plan in this case as set forth below and requests that this modification be approved.

### MODIFICATION OF PLAN

Debtors hereby modifies the Chapter 13 Plan, which was confirmed by order of this Court on December 19, 2016 to cure term as follows:

2. **Plan Payments and Length of Plan.** Debtor will pay the sum of **$545.00  Monthly** to Trustee by ☒ Payroll Deduction(s) or by ☐ Direct Payment(s) for the applicable commitment period of **36** months, unless all allowed claims in every class, other than long-term claims, are paid in full in a shorter period of time. The term of this Plan shall not exceed sixty (60) months. *See* 11 U.S.C. §§ 1325(b)(1)(B) and 1325(b)(4). Each pre-confirmation plan payment shall be reduced by any pre-confirmation adequate protection payment(s) made pursuant to Plan paragraph 6(A)(i) and § 1326(a)(1)(C).

Respectfully submitted this 18th day of August, 2017.

/s/
Howard P. Slomka, Esq.
Georgia Bar No. 652875
Slipakoff & Slomka, PC
Overlook III, Suite 1700
2859 Paces Ferry Rd, SE
Atlanta, GA 30339
(404) 800-4001

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 16-62021-JRS |
| | ) | |
| QUINN BOUVIER BRATTON SR. | ) | CHAPTER 13 |
| | ) | |
| Debtor. | ) | |

## NOTICE OF FILING OF MODIFICATION OF CONFIRMED PLAN, DEADLINE FOR FILING WRITTEN OBJECTIONS AND HEARING DATE AND TIME IF OBJECTION IS TIMELY FILED

**To: Creditors and Other Parties in Interest**

**PLEASE TAKE NOTICE** Debtors have filed and served on you a proposed modification to the confirmed Plan in this case. Pursuant to rule 3015(g) of the federal Rules of Bankruptcy Procedure, any creditor or other party in interest opposing this proposed Modification must file that objection in writing with the Court on or before the following deadline.

**DEADLINE FOR FILING OBJECTION:** Twenty-four (24) days after the date on which this proposed Modification was filed on: September 12, 2017 If the twenty-fourth day after the date of filing falls on a weekend or holiday, the deadline is extended to the next business day.

**PLACE OF FILING: Clerk, U.S. Bankruptcy Court, Room 1340, Richard B. Russell Building, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303.**

If you mail an objection to the court for filing, you must mail it early enough so the Court will receive it on or before the deadline stated above.

You must also serve a copy on the undersigned at the address stated below and on Debtors at:

Quinn Bouvier Bratton Sr.
1354 Misty Blue Dr
Powder Springs, GA 30127

**PLEASE TAKE FURTHER NOTICE** that if an objection to the proposed Modification is timely filed, the Court will hold a hearing on the Modification in Courtroom 1404, Richard B. Russell Building, 75 Spring Street South West, Atlanta, Georgia 30303 at 10:15 A.M. on September 26, 2017.

Respectfully submitted this 18th day of August, 2017.

                                      /s/
                           Howard P. Slomka, Esq.
                           Georgia Bar No. 652875
                           Slipakoff & Slomka, PC
                           Overlook III, Suite 1700
                           2859 Paces Ferry Rd, SE
                           Atlanta, GA 30339
                           (404) 800-4001

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 16-62021-JRS |
| | ) | |
| QUINN BOUVIER BRATTON SR. | ) | CHAPTER 13 |
| | ) | |
| Debtor. | ) | |

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

\_\_\_/s/_____

Quinn Bouvier Bratton, Sr.

This 18th day of August, 2017

Penalty of making false statement or concealing property:
Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. '152 and '3571.

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 16-62021-JRS |
| | ) | |
| QUINN BOUVIER BRATTON SR. | ) | CHAPTER 13 |
| | ) | |
| Debtor. | ) | |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the within and foregoing Modification of Confirmed Plan, in the above styled case by depositing same in the United States mail with the adequate postage affixed thereto to insure delivery addressed as follows:

Nancy J. Whaley (served via ECF)
Standing Chapter 13 Trustee
303 Peachtree Center, Ave, NE
Suite 120
Atlanta, GA 30303

Quinn Bouvier Bratton Sr.
1354 Misty Blue Dr.
Powder Springs, GA 30127

SEE ATTACHED FOR A LIST OF ADDITIONAL CREDITORS

DATE: August 18, 2017

_____/s/_____
Howard P. Slomka, Esq.
Georgia Bar No. 652875
Slipakoff & Slomka, PC
Overlook III, Suite 1700
2859 Paces Ferry Rd, SE
Atlanta, GA 30339
(404) 800-4001

```
Label Matrix for local noticing          Amigo Auto Sales, Inc.                  Amo Receoveries/Nationwide Rec
113E-1                                   1941 S Cobb Dr.                         Attn: Bankruptcy Dept
Case 16-62021-jrs                        Marietta, GA 30060-4937                 PO Box 8005
Northern District of Georgia                                                     Dayton, TN 37321
Atlanta
Fri Aug 18 16:53:12 EDT 2017

Credit Management                        ER Solutions, Inc/Convergent O          Enhanced Recovery Co L
4200 International Pkwy                  PO Box 9004                             8014 Bayberry Rd
Carrollton, TX 75007-1912                Renton, WA 98057-9004                   Jacksonville, FL 32256-7412


Enhanced Recovery Company Corp           Fandistg                                First National Bank
8014 Bayberry Road                       PO Box 22717                            Attn: FNN Legal Dept
Jacksonville, FL 32256-7412              Rochester, NY 14692-2717                1620 Dodge Street
                                                                                 Stop Code 3290
                                                                                 Omaha, NE 68197-0003


First National Collection                First Premier Bank                      (p)GEORGIA DEPARTMENT OF REVENUE
610 Waltham Way                          601 S Minnesota Ave                     COMPLIANCE DIVISION
Sparks, NV 89434-6695                    Sioux Falls, SD 57104-4868              ARCS BANKRUPTCY
                                                                                 1800 CENTURY BLVD NE SUITE 9100
                                                                                 ATLANTA GA 30345-3202


Harbin Clinic, LLC                       Hosa Amonna                             Internal Revenue Service
c/o NRS                                  1801 Pine Creek Drive                   PO Box 7346
P.O. Box 8005                            Austell, GA 30168-5142                  Philadelphia, PA 19101-7346
Cleveland, TN 37320-8005


L&A Real Estate Company                  Lando Resorts Corp                      Medical Data Systems I
c/o Paul R. Knighten                     3015 N Ocean Blvd Ste 12                2001 9th Avenue
PO Box 2108                              Fort Lauderdale, FL 33308-7344          Suite 312
Atlanta, GA 30301-2108                                                           Vero Beach, FL 32960-6413


Midland Credit Management Inc.           Nicholas Financial Inc                  Nicole M Hall
2365 Northside Drive                     2454 Mcmullen                           PO Box 366152
Suite #300                               Clearwater, FL 33759                    Atlanta, GA 30336-6152
San Diego, CA 92108-2709


Par Bis Nlcl                             Pmab Srvc                               Premier Bankcard, Llc
7870 Carmargo Road                       435 South Stream Blvd                   c o Jefferson Capital Systems LLC
Cincinnati, OH 45243-2652                4th Floor                               Po Box 7999
                                         Charlotte, NC 28217                     Saint Cloud Mn 56302-7999


Scana Energy Marketing                   Stellar Rec                             U. S. Attorney
3344 Peachtree Rd Ne Ste                 1327 Highway 2 Wes                      600 Richard B. Russell Bldg.
Atlanta, GA 30326-4808                   Kalispell, MT 59901                     75 Ted Turner Drive, SW
                                                                                 Atlanta GA 30303-3315


WFS/Wachovia Dealer Services             Howard P. Slomka                        Nancy J. Whaley
PO Box 3569                              Slipakoff & Slomka, PC                  Nancy J. Whaley
Rancho Cucamonga, CA 91729-3569          Overlook III - Suite 1700               Standing Chapter 13 Trustee
                                         2859 Paces Ferry Rd, SE                 303 Peachtree Center Avenue
                                         Atlanta, GA 30339-5701                  Suite 120
                                                                                 Atlanta, GA 30303-1286
```

Quinn Bouvier Bratton Sr.
1354 Misty Blue Drive
Powder Springs, GA 30127

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Georgia Department of Revenue
1800 Century Blvd
Suite 17200
Atlanta, GA 30345

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)L&A Real Estate Company, LLC

End of Label Matrix
Mailable recipients    30
Bypassed recipients     1
Total                  31